**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CLAUDIA NIETO MOZ | CIVIL ACTION NO. 26-1173 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARKWAYNE MULLIN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge has been considered, together with the written objections, Record Document 16, and plaintiff's reply, Record Document 17, thereto filed with this Court, and, after a *de novo* review of the record, the Court finds that the Magistrate Judge's Report and Recommendation is correct as amended below.

Considering the foregoing,

**IT IS ORDERED** that Petitioner Claudia Nieto Moz's petition is **GRANTED** on the basis of her claim that she is detained under 8 U.S.C. § 1226. Respondents shall, within **thirty days**, reclassify Petitioner as detained under 8 U.S.C. § 1226(a) and afford Petitioner a **bond hearing** before an immigration judge where the immigration judge must order Petitioner's release on bond if he or she determines that the Government has not carried its burden of proving that Petitioner poses a flight risk or a danger to the community. Respondents shall provide Petitioner adequate notice of the hearing. The parties shall file a joint status report within 48 hours after the hearing, confirming that the hearing was conducted and notifying the

1

Court whether Petitioner was granted bond and released or if her request for bond was denied.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of July, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE