**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CLAUDIA NIETO MOZ | CIVIL ACTION NO. 26-1173 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARKWAYNE MULLIN, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## ORDER

On July 16, 2026, the Court granted Claudia Nieto Moz's ("Moz") petition for a writ of habeas corpus and ordered the government to provide Moz with a bond hearing. Record Document 20. Moz received that hearing two weeks later. *See* Record Document 22-3. An immigration judge permitted Moz, through her counsel, to request bond, heard arguments, and received 208 pages of evidence. *Id.* Ultimately, the immigration judge denied bond and ruled that Moz "presents a significant flight risk and has little incentive to appear at any future hearings." Record Document 22-1 at 2.

Moz has moved for immediate release or a second bond hearing arguing that the immigration judge failed to follow this Court's prior order. Record Document 22. However, this Court has no authority to reconsider the immigration judge's discretionary bond decision. 8 U.S.C. § 1226(e) ("The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.").

Therefore, Moz's "motion to enforce district court order" is **DENIED**. Record Document 22.

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of August, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE